UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO STEVE BARRIOS, | ) | Case No. CV 11-3993 SJO(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| M.D. BITER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: December 10, 2012.

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE